

**WATKINS & EAGER**

*Attorneys and Counselors at Law*

est. 1895

Mailing Address:
P.O. Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901

WALTER J. BRAND
DIRECT DIAL: (601) 965-1863
E-MAIL ADDRESS:
wbrand@watkinseager.com

June 26, 2009

**VIA HAND DELIVERY**
Louis H. Watson Jr., Esq.
628 North State Street
Jackson, MS 39202

RE:   *Verlanda Tate v. Sanderson Farms, Inc.*, United States District Court for the Southern District of Mississippi, Jackson Division, Civil Action No. 3:09CV350TSL-JCS

Dear Louis:

I am writing in regard to two emails which were exchanged between myself as counsel for Sanderson Farms, Inc. and Sanderson's Director of Administration, Brian Romano, on July 30, 2008 (reflecting time stamps of 4:33 pm and 2:31 pm), and which are referenced in the Complaint in this action. As recognized in paragraph 25 of the Complaint, these emails are privileged communications between Sanderson and its attorney, and were inadvertently copied to Ms. Tate.

Please be advised that Sanderson does not waive the attorney-client privilege, confidentiality protections for business records, or any other protection from disclosure which may exist with respect to these emails and any attachments to them. Indeed, provision by Ms. Tate of these emails or attachments, or of the substance of any such materials, to any third party violates legal obligations owed by Ms. Tate to Sanderson.

Accordingly, Sanderson requests that Ms. Tate and you and your office staff (1) return to me all hardcopy originals and copies of the referenced emails and any attachments to them, and (2) provide to me a written representation that any notes, memoranda, or other transcription of the substance of the referenced emails and attachments have been or will be promptly destroyed. Further, whether during the course of this litigation or otherwise, there should be no additional disclosure, publication, or reference in any way to the substance or existence of the referenced emails and attachments by Ms. Tate or by you, any other attorneys in your office, or your office staff.

**EXHIBIT 3**

Watkins & Eager PLLC • The Emporium Building • 400 East Capitol Street • Jackson, Mississippi 39201

We appreciate your attention to this matter and to the requests made above.

Very truly yours,

WATKINS & EAGER PLLC

Walter J. Brand

WJB/tg